**AKERMAN SENTERFITT LLP**
BRYAN M. LEIFER (SBN 265837)
Email: bryan.leifer@akerman.com
KATALINA BAUMANN (SBN 278606)
Email: katalina.baumann@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
SUNTRUST MORTGAGE, INC.



FILED
JUL 17 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. TURNER; and CHRISTINA M. TURNER,<br><br>Plaintiffs,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.; BANK OF AMERICA, N.A.; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 1:13-cv-00928-AWI-JLT<br><br>**STIPULATION FOR DISMISSAL OF LAWSUIT WITH PREJUDICE**<br><br>Complaint Filed: May 15, 2013<br>Removed on: June 18, 2013 |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiffs Nicholas J. Turner and Christina M. Turner (the **Turners**) and defendant SunTrust Mortgage, Inc. (**SunTrust**), by and through their counsel of record, hereby state as follows:

**WHEREAS**, the Turners filed their Complaint on May 15, 2013, in the Kern County Superior Court as case number S-1500-CV-273401;

**WHEREAS**, on June 18, 2013, the matter was removed to this Court by SunTrust and given case number 13-cv-00928-AWI (JLTx);

{26591520;1}                                1                          CASE NO. 13-CV-00928-AWI-JLT
**STIPULATION FOR DISMISSAL**

**WHEREAS**, the parties to this stipulation have settled this matter and, through this stipulation, agree to the dismissal of the action as to all defendants with prejudice.

**NOW THEREFORE**, the Turners and SunTrust stipulate as follows:

1. The Turners hereby dismiss the action with prejudice.

2. The parties request entry of an order of dismissal with prejudice in conformity with the stipulation made herein.

**IT IS SO STIPULATED.**

Dated: June 21, 2013                **LAW OFFICES OF JOEL M. FEINSTEIN, APC**

By: /s/ Chris T. Nguyen
    Joel M. Feinstein
    Chris T. Nguyen
Attorneys for Plaintiffs
NICHOLAS J. TURNER and CHRISTINA M. TURNER

Dated: June 21, 2013                **AKERMAN SENTERFITT LLP**

By: /s/ Bryan M. Leifer
    Bryan M. Leifer
    Katalina Baumann
Attorneys for Defendant
SUNTRUST MORTGAGE, INC.

It is so Ordered. Dated: 7-16-13

_____
United States District Judge

{26591520;1}                    2                    CASE NO. 13-CV-00928-AWI-JLT
**STIPULATION FOR DISMISSAL**